AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Olivia Michele Pollock | ) Case: 1:21-mj-00499 |
|  | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 6/25/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Olivia Michele Pollock,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers or Employees;
18 U.S.C. § 1752(a)(1), (2), and (4) (Restricted Building or Grounds); and
40 U.S.C. § 5104(e)(2)(F) (Violent Entry and Disorderly Conduct)

Date: 06/25/2021

Issuing officer's signature

Digitally signed by G. Michael Harvey
Date: 2021.06.25 14:03:59 -04'00'

City and state:     Washington, D.C.           G. Michael Harvey, U.S. Magistrate Judge
                                                *Printed name and title*

### Return

This warrant was received on *(date)* 06/25/2021, and the person was arrested on *(date)* 06/30/2021
at *(city and state)* Lakeland, Florida.

Date: 06/30/2021 @ 8:43 a.m.

Arresting officer's signature

Brandon Cobb, Special Agent FBI
*Printed name and title*