UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-447-CJN |
| **JONATHAN DANIEL POLLOCK,** : | |
| **JOSEPH DANIEL HUTCHINSON III,** : | |
| **JOSHUA CHRISTOPHER DOOLIN,** : | |
| **MICHAEL STEVEN PERKINS,** and : | |
| **OLIVA MICHELLE POLLOCK** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the Acting United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Matthew Moeder hereby enters his appearance in the above referenced matter.

                                        Respectfully submitted,

                                        CHANNING D. PHILLIPS
                                        Acting United States Attorney
                                        DC Bar No. 415793

By:    */s/ Matthew Moeder*
                    Matthew Moeder
                    Assistant United States Attorney
                    Missouri Bar #: 64036
                    400 East 9th Street, Room 5510
                    Kansas City, Missouri 64106
                    (816) 426-4103
                    Matthew.Moeder@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 7th day of October 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Matthew Moeder*
MATTHEW MOEDER
Assistant United States Attorney