UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **CASE NO. 21 Cr. 447 (CJN)** |
| **JOSEPH DANIEL HUTCHINSON III,** : | |
| **JOSHUA CHRISTOPHER DOOLIN,** : | |
| **MICHAEL STEVEN PERKINS, and** : | |
| **OLIVIA MICHELE POLLOCK,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Based upon the representations in the United States' Motion to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

Defendants are charged via indictment with offenses related to crimes arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Attack"). On June 21, 2022, this Court held a status conference in this case and scheduled an additional status conference for July 22, 2022. At the end of the June 21, 2022 conference, the Court excluded the time between June 21 and July 22, 2022 from the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. The Court subsequently adjourned the July 22, 2022 status conference until July 28, 2022.

Since the last conference, the Government has produced additional discovery materials and expects to produce additional materials   The Government has also expressed its intention to extend plea offer in this case. Thus, the defendants will need additional time to review discovery and to contemplate how they wish to resolve this case.

Accordingly, for each of the above-identified reasons, the ends of justice served by granting

a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, it is this _____ day of July, 2022,

**ORDERED** that the United States' Motion to Exclude Time Under the Speedy Trial Act, is hereby GRANTED; it is further

**ORDERED** that the time period from July 22, 2022 through and including July 28, 2022 is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

                                          _____
                                          THE HONORABLE CARL J. NICHOLS
                                          UNITED STATES DISTRICT JUDGE