UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-447 (CJN) |
| | : | |
| **OLIVIA MICHELE POLLOCK,** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' MOTION TO CONTINUE SUPPRESSION HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the suppression hearing currently scheduled for March 6, 2023 at 9:00 a.m., until March 15, 2023 or later.

On February 21, 2023, defendant Olivia Michele Pollock filed a motion to suppress certain evidence seized in connection with a search that the FBI conducted on June 30, 2021. ECF 191 (the "Motion"). On February 22, 2023, the Court held a previously scheduled pre-trial conference in this matter. The Court and the attorneys were present at the hearing in person; the defendants, including Olivia Pollock, participated via videoconference. At the commencement of the hearing, the Government informed the Court that it expected to respond to the Motion by the end of the week and that, should a hearing be necessary, one of the witnesses it expected to call would be unavailable starting on March 2. After consultation with the parties, the Court determined that any hearing would be conducted via videoconference on February 27, February 28, or March 1.

The Government filed its opposition to the Motion on February 23, 2023 and the defendant filed a reply on February 27, 2023. On February 25, 2023, the Government contacted the Court by email in order to inform the Court that an additional witness would be unavailable on the

morning of March 1, 2023 and requested that if the hearing were scheduled for that day, that it be conducted in the afternoon. In a reply email, defense counsel indicated that she would be available on March 1.

In light of the discussion regarding scheduling at the pre-trial conference, the Government understood that a hearing (if necessary) would be scheduled for February 27, February 28, or March 1. On February 28, the Government contacted the Court via email to inquire whether a hearing would be conducted. The Court proposed holding the hearing on March 2 or March 3, or at 3:00 p.m. on March 1. Because of the witness's unavailability, the Government requested that the hearing be conducted on March 1, as previously discussed. Although defense counsel is available on March 1, she has been unable to get in touch with the defendant to confirm her availability. The Court therefore scheduled the hearing immediately preceding the trial on March 6, 2023.

At the hearing, the Government anticipates calling three witnesses: FBI Special Agent Timothy Taylor, FBI Special Agent Jesse Marotta, and FBI Special Agent Allan Gurfinchel, all of whom are based in Florida. SA Taylor is the case agent in this matter and the Government anticipates that he will testify at the trial as well. Special Agent Gurfinchel will be unavailable from March 2, 2023 through Mach 14, 2023. The Government does not anticipate calling either Special Agent Marotta or Special Agent Gurfinchel at trial. The Government therefore requests that the Court continue the suppression hearing until at least March 15, 2023 and that Special Agents Marotta and Gurfinchel be permitted to testify via videoconference. Should the Court determine that the evidence in question should not be admitted, the Court is well-equipped to set aside that evidence in rendering its verdict.

The Government has consulted with defense counsel, who indicated that she does not object to taking Special Agent Gurfinchel's testimony on March 15, 2023, but would prefer that the other witnesses testify at a hearing on March 6, 2023.

                                    Respectfully submitted,

                                    MATTHEW M. GRAVES
                                  United States Attorney
                                  D.C. Bar No. 481052

By:     /s/ Benet J. Kearney
           NY Bar No. 4774048
           Benet J. Kearney
           Assistant United States Attorney
           1 Saint Andrew's Plaza
           New York, New York 10007
           (212) 637 2260
           Benet.Kearney@usdoj.gov

           Matthew Moeder
           MO Bar No. 64036
           Assistant United States Attorney
           400 East 9th Street, Room 5510
           Kansas City, Missouri 64106
           (816) 426-4103
           Matthew.Moeder@usdoj.gov

           Brendan Ballou
           DC Bar No. 241592
           Special Counsel, detailed to the
           United States Attorney's Office
           601 D Street NW
           Washington, DC 20001
           (202) 431-8493
           brendan.ballou-kelley@usa.doj.gov