UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. Olivia M. Pollock                                                                                  Docket No: CR21-000447-05

The Court may enter a minute order for any of the following options:

Warrant Request Only- To help ensure the safety of law enforcement officers while a warrant is active, we ask that you not enter a minute order. Rather, please print and sign this document and, and if you concur with the request for a warrant, provide all pages to your Court Room Deputy Clerk who will enter a sealed minute order and process the warrant for service without alerting the public or the offender. After the warrant is executed, the Deputy Clerk will unseal the warrant unless otherwise directed by the Court.

THE COURT ORDERS:

1. ☒  Concurs with the recommendation of the Pretrial Services Agency to issue a warrant, enter into NCIC, and schedule a hearing on violation once the warrant is executed.

2. ☐  Issuance of a summons and schedule a hearing

3. ☐  No action

4. ☐  Other: _____
          _____
          _____

_____
The Honorable Carl Nichols
United States District Court

February 28, 2023
_____
Date