AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Olivia Michele Pollock | ) Case No. CR 21-447-5 (CJN) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Olivia Michele Pollock,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See Attached

Date: 03/01/2023

Issuing officer's signature: Courtney Moore (Digitally signed by Courtney Moore, Date: 2023.03.01 09:54:29 -05'00')

City and state: Washington, DC

Printed name and title: Courtney Moore, Courtroom Deputy

### Return

This warrant was received on *(date)* 01/04/2024, and the person was arrested on *(date)* 01/06/2024
at *(city and state)* GROVELAND, FL.

Date: 01/08/2024

Arresting officer's signature

Printed name and title: SPECIAL AGENT MARK DENNIS