THE UNITED STATES DISTRICT COURT FOR THE

21DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN DANIEL POLLOCK,<br><br>OLIVIA MICHELE POLLOCK | Case No.: 1:21-cr-00447 (CJN) |

**UNOPPOSED JOINT DEFENSE MOTION FOR AN EXTENSION OF TIME TO FILE MOTIONS TO DISMISS SUPERSEDING INDICTMENT**

*Comes Now* Olivia Pollock and Jonathan Pollock, though their respective undersigned counsel and move this Court extend the time to file motions to dismiss the Superseding Indictment currently due by July 15, 2024. The parties request an extension from July 15, 2024, to August 5, 2024.

The Court's Scheduling Order currently requires all motions to dismiss the Superseding Indictment be filed by July 15, 2024; oppositions shall be filed on or before July 29, 2024; and replies shall be filed on or before August 5, 2024. See Schedule Order, ECF #312 of 5/28/2024.

Counsel for the Pollocks request additional time to consider whether to file any motions to dismiss so that they can to continue review discovery with the defendants, review case law and recent rulings in other January 6 cases, as well as considerations of potential resolution of the case. Most recently the defense reached out to Government counsel requesting a joint reverse proffer meeting as well as made a request to the Court's Deputy Clerk for a joint

1

breakout room meeting after the next court hearing. As there is potential for negotiations to resolve the matters short of trial and the need for additional time to assess whether to file motions to dismiss, the defense request additional time.[1]

Counsel for the Government does not oppose the request. Ms. Benet suggested the following additional dates likewise be rescheduled: Date of oppositions to any motions be extended to August 19, and any replies be due on or by August 26, 2024.

Respectfully submitted,
ELITA C. AMATO


/s/

_____
Elita C. Amato, Esq.
2111 Wilson Blvd.
8th Floor
Arlington, VA 22201
Tele: 703-522-5900
Amato@amatoatlaw.com
**Counsel to Olivia Pollock**


_____

Carmen Hernandez, Esq.

7166 Mink Hollow Rd.

Highland, MD 20777

Tele: 240-472-3391

Chernan7@aol.com

**Counsel to Jonathan Pollock**

---

[1] The defense had intended to file this pleading prior to July 15, 2024, the deadline for the motions to be filed but due to various reasons, it was inadvertently not filed.

## CERTIFICATE OF SERVICE

      I hereby certify that this Motion was served upon all parties in this case by ECF notification on this 25th day of July, 2024.

_____/s/_____
Elita C. Amato