UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-00447-CJN |
| : | |
| JONATHAN DANIEL POLLOCK, : | |
| OLIVIA MICHELE POLLOCK : | |
| JOSEPH DANIEL HUTCHINSON, III, : | |
| : | |
| Defendants. : | |

### SUPPLEMENT TO THE UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS

Defendant Olivia Pollock has moved to suppress evidence seized from a van and trailer located on her family's property. ECF Nos. 191, 194. The government has determined that it will not seek to introduce evidence seized from the van (Pollock's phone and clothes), rendering this portion of Pollock's motion moot. The government does, however, intend to introduce the body armor was found in the trailer. As explained in more detail in the government's opposition (ECF No. 195), Pollock lacks standing to challenge the search of the trailer. Indeed, the trailer belongs to her brother, and she has never alleged that she had a proprietary or possessory interest in the trailer. *See*, ECF Nos. 191 ("Ms. Pollock recognizes that the flatbed trailer belonged to her father and he had consent to authorize its search."), 194 ("The trailer-flat bed was owned by Ben Gabriel Pollock, Olivia's brother."), and 197 (claiming that Pollock has standing because the back of the trailer was "ajar" such that anyone on the property could access it). As such, the government submits that a hearing is not warranted and the defendant's motion to suppress should be denied.

1

|  |  | Respectfully submitted,<br>MATTHEW M. GRAVES<br>United States Attorney<br>DC Bar No. 481052 |
|---|---|---|
| DATED: September 16, 2024 | By: | /s/ *Anna Z. Krasinski*<br>Anna Krasinski<br>NH Bar No. 276778<br>Benet J. Kearney<br>NY Bar No. 4774048<br>Assistant United States Attorneys |

Brendan Ballou
Special Counsel
DC Bar No. 241592

United States Attorney's Office
601 D Street NW
Washington, DC 20530
(603) 451-7851/ (212) 637 2260 / (202) 809-2058
benet.kearney@usdoj.gov
anna.krasinski@usdoj.gov
brendan.ballou-kelley@usdoj.gov

**<u>CERTIFICATION</u>**

    I, Anna Krasinski, certify that to serve the parties, their counsel, and standby counsel, that I am electronically filing this pleading with the Clerk of the Court using the CM/ECF system, and am separately mailing this filing to the defendant Joseph Daniel Hutchinson III.

                                      <u>/s/ *Anna Z. Krasinski*</u>
                                        Anna Z. Krasinski