IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No.21-cr-447-05(CJN) |
| v. : | |
| : | |
| OLIVIA MICHELE POLLOCK : | |
| : | |

*(defendant)*

RENEWED RESPONSE TO ARGUMENTS IN GOVERNMENT PLEADING ECF #349 WHICH WERE PREVIOUSLY PUT FORTH IN ECF# 123, 124, 125, 170, 171, AND 172 ALL OF WHICH WERE DENIED BY THE COURT ON FEBRUARY 22, 2023

*COMES NOW*, Olivia Michele Pollock through undersigned counsel and renews her previously presented arguments in opposition at ECF # 182, 134 and 181, to the Governments in limine motion at ECF #349. In ECF #349, the prosecution seeks to preclude the defendants introduce evidence or make arguments relative to the specific location of security cameras in the U.S. Capitol; on specific Secret Service tactics and emergency operations; that their conduct was authorized by former President Trump or other officers or officials; that any interaction by law enforcement permitted their conduct; that the First Amendment permitted their conduct; on any matter that encourages jury nullification; on their prior good acts or relative culpability to other acts on January 6, 2021; and that they acted in self-defense.

1

All issues the prosecution seeks to preclude in ECF #349 were previously presented to the Court in their filings at ECF #123, 124, 125, 170, 171, and 172. Ms. Pollock through counsel responded in opposition to those pleadings at ECF #182. Doolin also submitted separate pleadings at ECF #134 and #181. All defense joined each other's oppositions. On February 22, 2023, during a hearing on the motions, the Court denied all the Motions in Limine of ECF #123, 124, 125, 170, 171, and 172[1] as to Olivia Pollock, Perkins and Doolin.

The prosecution once again seeks to preclude the very same areas and presents the very same arguments with little additional new support in their pleading at ECF #349. Again, they seek to preclude Ms. Olivia Pollock from introducing the evidence, arguments etc., as stated above even though the Court already denied the motions as to her.[2] For the previous reasons provided in pleadings ECF #182, 134, and 181, and the Court record, Ms. Pollock moves the Court find that it had already denied these same Government in limine motions as to Ms. Pollock and once again for the reasons the Court previously found deny them in ECF #349.

---

[1] The Court also denied the Defense Motions In Limine of ECF #126, 162, and 180.
[2] The Court did not rule on these In Limine motions as to co-defendants Jonathan Daniel Pollock and Joseph Daniel Hutchinson, III.

Respectfully submitted,

OFFICE OF ELITA C. AMATO

/s/

_____

Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this Response in Opposition is filed electronically through the ECF filing system on this 3rd day of October 2024, thereby, providing service electronically upon all parties in this case including Government counsel.

_____/s/_____
Elita C. Amato