# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Crim. No.21-cr-447-05(CJN) |
| v. : | |
| : | |
| **OLIVIA MICHELE POLLOCK** : | |
| : | |

*(defendant)*

## MOTION TO DISMISS

**COMES NOW** Olivia Michele Pollock through undersigned counsel and moves to dismiss with prejudice the Indictment and all charges pending against her in the above captioned matter and for immediate release from pretrial detention.[1] Yesterday, January 20, 2025, the President signed Executive Order Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021.[2] This Executive Order specifically directs the Attorney General "to pursue dismissal with prejudice to the government of all pending indictments against individuals for their conduct related to the events at or near the United States Capitol on January 6, 2021." This Executive Order clearly covers this case as to Olivia Pollock and her co-defendants.

In other cases in which undersigned has pending January 6 cases, the prosecution has filed motions to dismiss and already two of the cases have been

---

[1] Defense investigator, David Jones, went to Central Treatment Facility this morning on another matter and inquired as to whether the Pollocks were still being held. Unfortunately, they are still being held. At this point, undersigned considers their continued detainment illegal and requests their immediate release.

[2] See Attached.

dismissed by Court Minute Order, see *United States v. Deming*, 1:24-cr-00369-DLF (dismissed with prejudice); *United States v. Slater*, 1:24-cr-00359-RDM (dismissed with prejudice).

Undersigned has been in contact with Government counsel who suggested undersigned file the motion as their office has many of these dismissal motions to file. The prosecution must follow the Executive Order and hence is not in a position to oppose dismissal with prejudice and immediate release of Olivia Pollock.[3]

Respectfully submitted,

OFFICE OF ELITA C. AMATO

/s/

Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900

**CERTIFICATE OF SERVICE**

I hereby certify that this Motion is filed electronically through the ECF filing system on this 21st day of January 2025, thereby, providing service electronically upon all parties in this case including Government counsel.

/s/
Elita C. Amato

---

[3] Although the defense has initiated the motion, it is based upon the Government's requirement to do so pursuant to the January 20, 2025 Executive Order under Fed.R.Crim.Pro. 48(a).

3