# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **Crim. No.21cr00447-5 (CJN)** |
| v. | : |
| | : |
| **OLIVIA POLLOCK** | : |
| | : |

*(defendant)*

## ORDER

Upon consideration of Olivia Michele Pollock's Motion to Dismiss, and the President's Executive Order Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, the motion to dismiss with prejudice is granted. As Ms. Pollock's Indictment and charges all stem from events relating to January 6, 2021, she fits under the Executive Order directive. The clerk is directed to terminate the case.

IT IS ALSO further ordered Olivia Michele Pollock be immediately released from further detention. The United States Marshal's will effectuate the release immediate. SO ORDERED, this 21st day of January 2025.

_____
CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE