Case 1:21-cr-00447-CJN   Document 406-2   Filed 01/21/25   Page 1 of 5

Granting Pardons And Commutation Of Sentences For Certain Offenses…at The United States Capitol On January 6, 2021 – The White House    1/21/25, 11:31 AM

Menu                    THE WHITE HOUSE                    Search

PRESIDENTIAL ACTIONS

# GRANTING PARDONS AND COMMUTATION OF SENTENCES FOR CERTAIN OFFENSES RELATING TO THE EVENTS AT OR NEAR

# THE UNITED STATES CAPITOL ON JANUARY 6, 2021

January 20, 2025

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA

A PROCLAMATION

This proclamation ends a grave national injustice that has been perpetrated upon the American people over the last four years and begins a process of national reconciliation.

Acting pursuant to the grant of authority in Article II, Section 2, of the Constitution of the United States, I do hereby:

(a)  commute the sentences of the following individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021, to time served as of January 20, 2025:

- Stewart Rhodes
- Kelly Meggs

Granting Pardons And Commutation Of Sentences For Certain Offenses...ar The United States Capitol On January 6, 2021 – The White House    1/21/25, 11:31 AM

Case 1:21-cr-00447-CJN    Document 406-2    Filed 01/21/25    Page 3 of 5

- Kenneth Harrelson
- Thomas Caldwell
- Jessica Watkins
- Roberto Minuta
- Edward Vallejo
- David Moerschel
- Joseph Hackett
- Ethan Nordean
- Joseph Biggs
- Zachary Rehl
- Dominic Pezzola
- Jeremy Bertino

(b)  grant a full, complete and unconditional pardon to all other individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021;

The Attorney General shall administer and effectuate the immediate issuance of certificates of pardon to all individuals described in section (b) above, and shall ensure that all individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021, who are currently held in prison are released immediately.  The Bureau of Prisons shall immediately implement all instructions from the Department of Justice regarding this directive.

I further direct the Attorney General to pursue dismissal with prejudice to the government of all pending indictments against individuals for their conduct related to the events at or near the United States Capitol on January 6, 2021.  The Bureau of Prisons shall immediately implement all instructions from the

Case 1:21-cr-00447-CJN   Document 406-2   Filed 01/21/25   Page 4 of 5

Granting Pardons And Commutation Of Sentences For Certain Offenses…at The United States Capitol On January 6, 2021 – The White House    1/21/25, 11:31 AM

Department of Justice regarding this directive.

IN WITNESS WHEREOF, I have hereunto set my hand this twentieth day of January, in the year of our Lord two thousand twenty-five, and of the Independence of the United States of America the two hundred and forty-ninth.

News

Administration

Issues

**THE WHITE HOUSE**

1600 Pennsylvania Ave NW
Washington, DC 20500

THE WHITE HOUSE

Case 1:21-cr-00447-CJN    Document 406-2    Filed 01/21/25    Page 5 of 5

Granting Pardons And Commutation Of Sentences For Certain Offenses… at The United States Capitol On January 6, 2021 – The White House    1/21/25, 11:31 AM

WH.GOV

Copyright

Privacy