IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
: Crim. No.21-cr-447-05(CJN)
v. :
:
OLIVIA MICHELE POLLOCK :
:

*(defendant)*

NOTICE OF CORRECTION TO MOTION TO DISMISS

**COMES NOW** Olivia Michele Pollock through undersigned counsel and provides this notice of correction. In her previously filed Motion to Dismiss it was noted that the Government had suggested the defense file a motion to dismiss. Undersigned now realizes it was the Federal Public Defender's Office that had made the suggestion for the defense to file the motion to dismiss pleading. Undersigned inadvertently thought the email came from the prosecutor's office.

Respectfully submitted,

OFFICE OF ELITA C. AMATO

/s/

_____
Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900

CERTIFICATE OF SERVICE

I hereby certify that this Notice is filed electronically through the ECF filing system on this 23rd day of January 2025, thereby, providing service electronically upon all parties in this case including Government counsel.

_____/s/_____
Elita C. Amato