### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Crim. No.21-cr-447-05(CJN) |
| v. : | |
| : | |
| **OLIVIA MICHELE POLLOCK** : | |
| : | |

*(defendant)*

### MOTION FOR IMMEDIATE RELEASE

**COMES NOW** Olivia Michele Pollock through undersigned counsel and moves for immediate release. The prosecution has now finally filed a motion to dismiss certain charges based upon the President's Executive Order dated January 20, 2025. However, they have not yet moved to dismiss all charges pending against Ms. Pollock, namely charge Twenty-Five, which charges Ms. Pollock with Failure to Appear. Such charge should also be dismissed pursuant to the directive of the Executive order. The Executive Order directs the Attorney General pursue dismissal with prejudice for "conduct related to the events at or near the United States Capitol on January 6, 2021." (see attached). The Failure to Appear charge here is directly related to the conduct stemming out of the January 6, 2021, events. It is based upon the January 6 charges, not for failure to appear for an unrelated matter. The prosecution's motion for dismissal falls short of the President's directive.

Ms. Pollock has now been incarcerated for more than 12 months. She was re-

arrested on January 6, 2024, and has been held continuously since then.[1] The United States Guideline section for failure to appear is 2J1.6. According to that section, the offense has a base level of 6. The base may be increased by 6 points under 2J1.6(b)(2)(B), if the "underlying offense is – punishable by a term of imprisonment of five years or more, but less than fifteen years." However, the underlying offenses will be dismissed, therefore, Ms. Pollock does not necessarily agree that the additional 6 points should be added to the base offense level. A base offense level 6, Criminal History Category I (Ms. Pollock has no prior convictions), recommends a sentence of 0-6 months. An offense level 12, Criminal History Category I, has a recommended sentence of 10-16 months.[2] Ms. Pollock has already served more than the bottom of that range. There is absolutely no basis to continue Ms. Pollock's incarceration considering that the underlying conduct will be dismissed with prejudice, that her brother and previous co-defendant, Jonathan Pollock, who one could argue was "avoiding prosecution" for a couple of years, is now released with full dismissal of all his charges, that she has already completed a period of incarceration of at least the middle of the guideline range, if not greater than the guideline range for the failure to appear depending upon the adjusted offense level, and because all charges including the failure to appear should be dismissed under the Executive Order. Ms. Pollock should be released during any continued litigation of the dismissal of the failure to appear charge as she has

---

[1] Ms. Pollock may also have been detained or arrested for one day or more in Florida during her initial arrest in 2021.
[2] With acceptance of responsibility there would be a 2 level reduction, resulting in an offense level 10 which recommends a sentence of 6-12 months.

already served far more than necessary for this remaining charge.

                    Respectfully submitted,

                    OFFICE OF ELITA C. AMATO

                    /s/

                    _____
                    Elita C. Amato
                    D. C. Bar # 442797
                    2111 Wilson Blvd., 8th Floor
                    Arlington, VA 22201
                    703-522-5900

**CERTIFICATE OF SERVICE**

I hereby certify that this Motion is filed electronically through the ECF filing system on this 23rd day of January 2025, thereby, providing service electronically upon all parties in this case including Government counsel.

                _____/s/_____
                Elita C. Amato